such papers filed by both parties, escaped the attention of the writer of the opinion, who also failed to discover the case in his investigation. After further examination, we are convinced that the conclusion reached in our original opinion is supported by reason and the weight of authority, and is in agreement with the purpose of the legislature.

For the reasons herein expressed, and upon the grounds shown in our original opinion, we will grant a rehearing, and, under the provision of §1337j Burns 1901, cl. 1, Acts 1901, p. 565, §10, will transfer the cause to the Supreme Court for its further consideration of the question of practice involved.

It is accordingly so ordered. Henley, C. J., concurs in the granting of a rehearing, but as to the order transferring the cause, dissents.

---

## CHICAGO & SOUTHEASTERN RAILWAY COMPANY ET AL. *v.* GRANTHAM.

[No. 4,883. Filed December 15, 1905.]

From Clinton Circuit Court; *James V. Kent,* Judge.

Action by James F. Grantham against the Chicago & Southeastern Railway Company and others. From a judgment for plaintiff, defendants appeal. *Affirmed.*

*U. C. Stover* and *A. C. Harris,* for appellants.

*T. E. Ballard* and *Clodfelter & Fine,* for appellee.

PER CURIAM.—The matters involved in this cause are substantially like those decided by the Supreme Court in *Chicago, etc., R. Co.* v. *Grantham* (1905), 165 Ind. 279, and upon the authority of that decision the appeal of the appellant Theodore P. Davis, trustee, is dismissed, and the judgment is affirmed.

---

## COVALT ET AL., ADMINISTRATORS, *v.* DIAMOND PLATE GLASS COMPANY ET AL.

[No. 5,468. Filed January 4, 1906.]

From Grant Superior Court; *B. F. Harness,* Judge.

Action by William B. Covalt and another, administrators of the estate of Abram J. Covalt, deceased, against the Diamond Plate Glass Company and others. From a judgment for defendants, plaintiffs appeal. *Affirmed.*

*B. C. Moon*, for appellants.
*Blacklidge, Shirley & Wolf*, for appellee.

PER CURIAM.—The questions presented in this appeal were considered in the case of *Hancock* v. *Diamond Plate Glass Co.* (1906), *ante*, 351, and upon the authority of that case the judgment is affirmed.

---

## WARE *v.* DIAMOND PLATE GLASS COMPANY ET AL.

[No. 5,469.    Filed January 4, 1906.]

From Grant Superior Court; *B. F. Harness*, Judge.

Action by Christopher M. Ware against the Diamond Plate Glass Company and others. From a judgment for defendants, plaintiff appeals. *Affirmed.*

*B. C. Moon*, for appellant.
*Blacklidge, Shirley & Wolf*, for appellees.

PER CURIAM.—The questions presented by the record in this case were considered in the case of *Hancock* v. *Diamond Plate Glass Co.* (1906), *ante*, 351, and upon the authority of that case the judgment is affirmed.

---

## LOGANSPORT & WABASH VALLEY GAS COMPANY *v.* NULL.

[No. 5,477.    Filed January 26, 1906.]

From Grant Circuit Court; *H. J. Paulus*, Judge.

Suit by Mary E. Null against the Logansport & Wabash Valley Gas Company. From a decree for plaintiff, defendant appeals. *Affirmed.*

*Blacklidge, Shirley & Wolf*, for appellant.
*Strange & Charles*, for appellee.

BLACK, P. J.—This was a suit brought by the appellee to quiet her title to certain real estate. The question involved is like that decided in *Logansport, etc., Gas Co.* v. *Null* (1905), 36 Ind. App. 503, and upon the authority of that case the judgment herein is affirmed.